NATALIE JACKSON-FULLER,

     Appellant,

v.

PINELLAS COUNTY
DEPARTMENT OF HEALTH
AND HUMAN SERVICES,
DIVISION OF RISK
MANAGEMENT, AND
PINELLAS COUNTY RISK
MANAGEMENT,

     Appellees.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1050

_____/

Opinion filed March 6, 2017.

An appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: December 12, 2014.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale and Jesse Rowe of Van
Dingenen Law, Winter Park, for Appellant.

Kelly Lynn Vicari of Pinellas County Attorney's Office, Clearwater, for Appellees.


PER CURIAM.

     AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.